[No. 25108-2-I.  Division One.  October 19, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. WALTER P. JACKSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-03233-0, Donald D. Haley, J., entered

November 8, 1989. *Affirmed* by unpublished per curiam opinion.